UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA MARLANE JACKSON,

    Plaintiff,

                                   Case No. 12-10598

v.

                                   Hon. John Corbett O'Meara

BEST RECOVERY SERVICES, LLC, *et al.*,

    Defendants.
_____/

## ORDER OF PARTIAL DISMISSAL

On February 10, 2012, Plaintiff filed her complaint alleging the following causes of action: Count I, Fair Debt Collection Practices Act; Count II, violation of 42 U.S.C. § 1983; Count III, Michigan Occupational Code; Count IV, common law conversion; Count V, statutory conversion; Count VI, trespass; Count VI [sic], Michigan Collection Practices Act; Count VII, Uniform Commercial Code; and Count VIII, misrepresentation.

Although Counts I and II are cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations present claims based on state law. This court declines to exercise supplemental jurisdiction over Plaintiff's state law claims so as to avoid jury confusion, and because it finds that the state claims predominate. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

Accordingly, Counts III through VIII of Plaintiff's complaint are DISMISSED WITHOUT PREJUDICE.

                                            s/John Corbett O'Meara
                                            United States District Judge

Date: March 8, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, March 8, 2012, using the ECF system.

s/William Barkholz<br>Case Manager